## ATTACHMENT "A"

**The Kennedy Law Firm, P.C.**
Shannon L. Kennedy
Joseph P. Kennedy
P.O. Box 26776
Albuquerque, NM 87125-6776
P: 505-244-1400 / F: 505-244-1400
jpk@civilrightslaw.com
slk@civilrightslaw.com

And

**Law Offices of Israel Chávez**
Israel S. Chávez
P.O. Box 16028
Las Cruces, NM 88004
Telephone: 575-312-6006
attorney@ichavezlaw.com

And

**Markowski Ruvalcaba Law Firm, LLC**
T.R. Markowski
125 W Griggs Ave
Las Cruces, NM 88001
P: 575-523-9052 or 575-343-2337
tr@lawfirmmr.com