IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**T.H.,**

    **Plaintiff,**

V.                                    NO. 2:24-CV-00887-MIS-KRS

**FORMER SHERIFF'S DEPUTY
MICHAEL ANDREW MARTINEZ, IN HIS INDIVIDUAL
CAPACITY; AND THE BOARD OF COMMISSIONERS
OF DONA ANA COUNTY (DEFENDANT COUNTY),**

    **Defendants.**

### ORDER GRANTING PERMISSION FOR NON-ATTORNEYS TO BRING ELECTRONIC DEVICES INTO COURTHOUSE FOR PURPOSES OF PARTICIPATING IN SETTLEMENT CONFERENCE

THIS MATTER is before the Court on the Board of Commissioners of Doña Ana County's Motion for an Order Granting Permission for Non-Attorneys to Bring Electronic Devices into Courthouse for Purposes of Participating in Settlement Conference [ECF 71]. The Court finds the request to be well taken and hereby **GRANTS** it.

    **IT IS THEREFORE ORDERED** that Robin Martinez and Velma Herrera are permitted to bring their cellular telephones and laptop computers into the United States District Court located at 100 North Church Street in Las Cruces, New Mexico, on March 25, 2025, to participate in the Court ordered Settlement Conference.

    IT IS SO ORDERED this 18th day of March, 2025.

                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE

Submitted by:

<u>/s/ Jonlyn M. Martinez</u>
Jonlyn M. Martinez
*Attorney for Doña Ana County*


Approved by:

<u>*Approved by electronic mail March 18, 2025*</u>
Shannon L. Kennedy
Joseph P. Kennedy
*Attorneys for Plaintiff*

<u>*Approved by electronic mail March 18, 2025*</u>
Deborah D. Wells
*Attorneys for Defendant Martinez*