**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


**T.H.,**

     **Plaintiff,**

**v.**                                                    **No. 2:24-cv-00887-MIS-KRS**

**FORMER SHERIFF'S DEPUTY
MICHAEL ANDREW MARTINEZ, in his individual capacity,**

     **Defendant,**

**and**

**BOARD OF COMMISSIONERS OF DOÑA ANA COUNTY,**

     **Defendant-In-Intervention.**


**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO SEAL
AFFIDAVIT OF CATHLEEN A. MAURICETTE, LCSW**

THIS MATTER comes before the Court on *Plaintiff T.H.'s Unopposed Motion to Seal Affidavit of Cathleen A. Mauricette, LCSW* [Doc. 94]. The Court, noting no opposition by Defendants, FINDS the Motion is well-taken, and good cause exists to GRANT Plaintiff T.H.'s Unopposed Motion to Seal Affidavit of Cathleen A. Mauricette, LCSW.

IT IS THEREFORE ORDERED that Plaintiff T.H. may file the Affidavit of Cathleen A. Mauricette, LCSW under seal.

IT IS SO ORDERED this 5th day of May, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE