IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.H.,

    Plaintiff,

v.                                                    No. 2:24-cv-00887-MIS-KRS

FORMER SHERIFF'S DEPUTY
MICHAEL ANDREW MARTINEZ, in his individual capacity,

    Defendant,

and

BOARD OF COMMISSIONERS OF DOÑA ANA COUNTY,

    Defendant-In-Intervention.

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO SEAL PARAGRAPHS 11-26 OF SECOND AFFIDAVIT OF CATHLEEN A. MAURICETTE, LCSW

THIS MATTER comes before the Court on Plaintiff T.H.'s Unopposed Motion to Seal Paragraphs 11-26 of Second Affidavit of Cathleen A. Mauricette, LCSW (the "Motion"), (Doc. 118), filed July 29, 2025. The Court, noting no opposition by Defendants, finds the Motion is well-taken and good cause exists to GRANT the Motion.

IT IS THEREFORE ORDERED that Plaintiff T.H. may file paragraphs 11-26 of the Second Affidavit of Cathleen A. Mauricette, LCSW under seal.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE