IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.H.,

    Plaintiff,

v.   No. 2:24-cv-00887-MIS-KRS

FORMER SHERIFF'S DEPUTY
MICHAEL ANDREW MARTINEZ, in his individual capacity,

    Defendants,

DOÑA ANA COUNTY,

    Defendant-in-Intervention.

## ORDER GRANTING DOC. 167

THIS MATTER having come before this Court on the Opposed Motion To Extend Pretrial Deadlines [Doc. 167] ("Motion"),[1] filed by Defendant-in-Intervention Dona Ana County ("the County"), the Court finds good cause for the requested extensions. Accordingly, the County's Motion is GRANTED and the pre-trial deadlines set forth in the most recent scheduling order (Doc. 144) are extended as follows:

    Deadline for Defendants' expert reports: **March 16, 2026**.

    Termination of Discovery: **April 20, 2026**.

    Motions relating to discovery: **May 8, 2026**.

    All other motions: **June 8, 2026**.

---

[1] Although the Motion was filed as opposed and Plaintiff filed a brief in opposition (Doc. 174), the Court notes that at the hearing on January 5, 2026, Plaintiff's counsel stated that Plaintiff did not object to an extension of the County's expert reports deadline. *See* (Doc. 188).

IT IS SO ORDERED this 5th day of January, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE